UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-13255-ABD

LAETITIA ABY,
Plaintiff,

v.

CAMBRIDGE HEALTH ALLIANCE,
Defendant.

ORDER

BURROUGHS, D.J.

On August 6, 2014, Laetitia Aby filed a self-prepared complaint in which she broadly alleged that the defendant, Cambridge Health Alliance, falsified her medical records and refused to correct them despite the plaintiff's numerous requests.  In a memorandum and order dated January 2, 2015, the Court entered an order requiring the plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction.[1]  The Court explained that the plaintiff had not set forth a claim under federal law and that the parties were not of diverse citizenship.

The Court directed the plaintiff respond to the show cause order within thirty-five days. The time for complying with the order has expired without any response from the plaintiff.

Accordingly, this action is DISMISSED for lack of subject matter jurisdiction.

SO ORDERED.

   3/2/15                                           /s/ Allison D. Burroughs
DATE                                               ALLISON D. BURROUGHS
                                                   UNITED STATES DISTRICT JUDGE

---

[1]The order was issued by Judge George A. O'Toole, Jr., to whom the case was originally assigned.  This case was reassigned to the undersigned on February 11, 2015.