UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-13255-ABD

LAETITIA ABY,
Plaintiff,

v.

CAMBRIDGE HEALTH ALLIANCE,
Defendant.

FINAL ORDER OF DISMISSAL

    In accordance with the Order dated March 2, 2015, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date:   3/4/2015                                           By the Court,

                                                                         /s/ Karen Folan
                                                                         Deputy Clerk